| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Restrepo, Luis F. | 2. Court or Organization Eastern District of PA | 3. Date of Report 05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge Full Time | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
601 Market Street
Suite 3038
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Directors | Make a Wish Foundation of Philadelphia and Susquehanna Valley |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | June 2006 | Agreement with former law partner regarding the distribution of some fees/earnings that correspond to work done before I was appointed to the bench. |
| 2. | | I hope this fee is paid in 2012. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Restrepo, Luis F. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Temple Law School Adjunct Professor | $15,886.00 |
| 2. | 2011 | National Institute for Trial Advocacy - Instructor | $6,375.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | My spouse was employed and paid as an attorney during 2011. |
| 2. | 2011 | My spouse received payments from the City of Philadelphia Board of Pension/Retirement. |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Institute for Trial Advocacy | June 12-18, 2011 | San Francisco, CA | Teach | Transportation, Meals and Hotel Room |
| 2. | Federal Judicial Center | July 21, 2011 | George Mason University | Participate in a Reentry Court Seminar | Transportation, Meals and Hotel Room |
| 3. | Adminstrative Office of US Courts | December 13-15, 2011 | Columbia, S.C. | Teach | Transportation, Meals and Hotel Room |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Restrepo, Luis F.** | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Restrepo, Luis F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Life Strategy Growth Fund | B | Dividend | L | T | | | | | |
| 2. Vanguard Explorer Fund | A | Dividend | L | T | | | | | |
| 3. Vanguard Index 500 | C | Dividend | M | T | | | | | |
| 4. Vanguard Value Index | B | Dividend | L | T | | | | | |
| 5. Vanguard Energy | B | Dividend | K | T | | | | | |
| 6. Vanguard Health Care | A | Dividend | K | T | | | | | |
| 7. Vanguard Money Market | A | Dividend | J | T | | | | | See Part VIII |
| 8. Microsoft Stock | A | Dividend | J | T | | | | | |
| 9. Vanguard Extended Market ▨ Roth IRA | A | Dividend | K | T | | | | | |
| 10. Wells Fargo Stock | A | Dividend | J | T | | | | | |
| 11. American Century Heritage Fund ▨ 401(K) | A | Dividend | K | T | | | | | |
| 12. ▨ Saving/Checking acct Phila. Police Credit Union | A | Interest | J | T | | | | | See Part VIII |
| 13. ▨ saving/checking acct Phila Police Credit Union | A | Interest | J | T | | | | | |
| 14. ▨ saving/checking acct Phila Police Creit Union | A | Interest | J | T | | | | | |
| 15. ▨ "A" Vanguard 529 | F | None | J | T | | | | | See Part VIII |
| 16. ▨ "B" Vanguard 529 | F | None | J | T | | | | | See Part VIII |
| 17. ▨ "C" Vanguard 529 | E | None | J | T | | | | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Restrepo, Luis F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▩ "D" Vanguard 529 | E | None | J | T | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The four different 529 plans are funded by me and ▮▮▮▮▮. All of the 529 accounts are Vanguard 529s in age/risk investment options.

My ▮▮▮▮ savings/checking account with the Philadelphia Police and Fire Credit Union is used on a regular (daily) basis as a checking account it would be nearly impossible to register every deposit and withdrawl on the account the balance is never in excess of what would be classified as D.

The Money Market account was used as a checking account on a regular basis during calender year 2011 for a total purchases that would be classified as a J and redemptions that would be classifed as a J.

NOTE: ▮▮▮▮▮ and I do own some U.S. Savings Bonds that I had omitted in previous disclousure reports. The face value of these bonds are noted below:

Bonds in my name - Value would be classified as a J;
Bonds in ▮▮▮▮ name - Vaule would be classified as K;
Bonds in ▮▮▮ name: Value would be classified as a J;
Bonds in ▮▮▮ name: Value would be classified as a J;
Bonds in ▮▮▮ name: Value would be classified as a J;
Bonds in ▮▮▮ name: Value would be classified as a J.

I apologize for not disclosing this information earlier it was simply an oversight on my part. The face value of these bonds would have been listed the same since my appointment in 2006.

| Name of Person Reporting | Date of Report |
|---|---|
| Restrepo, Luis F. | 05/14/2012 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Luis F. Restrepo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544